IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

EZELL TAYLOR,

      Plaintiff,

v.

      Case No. 2:14-cv-507
      Judge Watson
      Magistrate Judge King

ROBERT WHITNEY, *et al.*,

      Defendants.

## ORDER

Ezell Taylor, a state prisoner, seeks both habeas corpus relief under 28 U.S.C. § 2254 and monetary relief under 42 U.S.C. § 1983. On June 24, 2014, the United States Magistrate Judge recommended the dismissal of all claims under § 1983 and ordered plaintiff to file a proper habeas corpus petition no later than July 22, 2014. Plaintiff was also specifically advised that his failure to file a proper habeas corpus petition would result in the dismissal of his habeas corpus claims for failure to prosecute. *Order and Report and Recommendation*, ECF 3.

Although plaintiff was advised of his right to object to the recommendation and was advised of the consequences of his failure to do so, he has not objected to the recommendation, nor has he filed a proper habeas corpus petition

The recommendation of the Magistrate Judge is **ADOPTED AND AFFIRMED.** All claims under 42 U.S.C. § 1983 are **DISMISSED** for failure to state a claim for relief.

1

In light of plaintiff's failure to file a proper habeas corpus petition, all habeas corpus claims under 28 U.S.C. § 2254 are **DISMISSED** for failure to prosecute. The Clerk is **DIRECTED** to enter **FINAL JUDGMENT.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**